IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES TRISTAN GAY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4837

_____/

Opinion filed June 5, 2017.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

James Tristan Gay, pro se.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.